HILDEGARD M. HERMAN et al., Individually and as Executors of FRANK J. OESCHGER, Deceased, et al., Appellants, v. ESTHER J. THOMANN, Individually and as Executrix of FRED C. THOMANN, Deceased, Respondent.— Judgment affirmed, without costs of this appeal to any party. All concur. (The judgment dismisses the complaint in an action for a declaratory judgment.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM J. BUCKLEY, Appellant.— Appeal dismissed on the authority of *People* v. *Gersewitz* (294 N. Y. 163). All concur. (The order denies a motion by defendant to vacate judgment of conviction and defendant's plea of guilty to the charge of murder, second degree, and to dismiss the indictment.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

MARY C. OSTROM, Respondent, v. GERALD E. OSTROM, Appellant.— Order reversed on the law, without costs of this appeal to either party, proceeding to punish defendant for contempt of court dismissed, without costs, and defendant's motion to modify the judgment of divorce granted, without costs. Memorandum: The judgment herein, taken on default, was not based on a complaint asking for relief in the form of payment of insurance premiums and there is no proof to sustain a provision for such payment. The requirement to pay an insurance premium is not within the purview of sections 1155 and 1170 of the Civil Practice Act, so there may be no punishment for contempt in disobeying such a provision. All concur. (The order fines defendant for failure to obey the order of the court and directs him to pay or be committed to jail until the amounts are paid.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL FERRARO, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of manslaughter, first degree.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

HARRIET G. BRANCH, Respondent, v. MOHICAN COMPANY, Appellant.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. All concur. (The judgment is for plaintiff in a negligence action.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

MARGARET ANDERSON, as Administratrix of the Estate of BERNT ANDERSON, Deceased, Respondent, v. STEEL PRODUCTS TRANSPORTATION Co., Appellant.— Judgment and orders affirmed, with costs. All concur, except Taylor, P. J., and Larkin, J., who dissent and vote for reversal on the facts and for granting a new trial. (The judgment is for plaintiff in a negligence action. The orders (1) deny defendant's motion for a directed verdict, and (2) deny defendant's motion for a new trial.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.